**BRUCE A. BLAKEMAN**
County Executive



**THOMAS A. ADAMS**
County Attorney

## COUNTY OF NASSAU
### OFFICE OF THE COUNTY ATTORNEY

June 3, 2022

Via ECF
Hon. Carol B. Amon, U.S.D.J.
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

        Re:    Sunita Shah v. Liston et al.
                18-CV-04625 (CBA)(ST)

Your Honor:

      This office represents defendants in the above referenced action. This afternoon Your Honor issued an order scheduling a telephone conference for Monday, June 6, 2022 at 10:00 a.m.

      However, on Monday, June 6, 2022 I will be out of the office in observance of the Jewish holiday of Shavuot, and I cannot work on that day for religious reasons, and therefore will not be able to participate in a telephone conference on June 6, 2022..

      I therefore respectfully request that the telephone conference scheduled for June 6, 2022 be adjourned to June 7, 2022.

      Thank you very much for your attention and consideration.

                                                          Respectfully submitted,

                                                          /s/ Ralph J. Reissman
                                                          RALPH J. REISSMAN
                                                          Deputy County Attorney

cc: Steven Harfenist, Esq.
    Attorney for Plaintiff